# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00439-CR

**Robert E. Aldridge, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
### NO. 3031153, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

## M E M O R A N D U M  O P I N I O N

Robert Earl Aldridge seeks to appeal from a judgment of conviction for possession of methamphetamine. The trial court has certified that this is a plea bargain case and Aldridge has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeal is dismissed. *See id*. rule 25.2(d).

_____

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed

Filed: August 14, 2003

Do Not Publish